**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1881**

WILSON OCHAR,

        Plaintiff - Appellant,

    v.

AMERIS BANK; APPLE FEDERAL CREDIT UNION; BANK OF AMERICA; CROSSCOUNTRY MORTGAGE, LLC; MORTGAGE INVESTORS GROUP; NEIGHBORS BANK; TRUIST BANK,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:24-cv-01499-CMH-WBP)

Submitted:  February 27, 2026                    Decided:  March 4, 2026

Before WYNN and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wilson Ochar, Appellant Pro Se.  Joshua Counts Cumby, Nashville, Tennessee, Lauren Baio Pultro, ADAMS & REESE LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilson Ochar appeals the district court's order dismissing his civil action.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Ochar v. Ameris Bank*, No. 1:24-cv-01499-CMH-WBP (E.D. Va. Sept. 3, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Ochar moves for leave to file an amended brief.  We grant this motion.  Ochar also moves for numerous other forms of relief, including entry of consent orders, recusal of the district judge and the magistrate judge, and imposition of sanctions.  We deny these and all other pending motions.

2